MARY KITTELMAN, as Administratrix of the Etate of WALTER KITTELMAN, Deceased, Appellant, *v.* WALTER KIDDE & COMPANY, INC., et al., Defendants, and MESECK TOWING LINES, INC., Respondent.

Submitted July 2, 1947; decided July 2, 1947.

*Leo F. Hanan* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, unless, within fifteen days, an affidavit stating the date when a copy of the order of the Appellate Division denying permission to appeal was served upon petitioner, and all papers required by rule 21. (subd. [b]) of the Rules of the **Court of Appeals are filed.**